FILED

2026 Jul-10  PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **DONALD ERIC RAMSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cv-4-ACA-JHE** |
| | ) | |
| **HAROLD HOUSTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

Plaintiff Donald Eric Ramson filed a *pro se* second amended complaint alleging violations of his civil rights pursuant to 42 U.S.C. § 1983. (Doc. 16). The magistrate judge entered a report recommending the court dismiss this action pursuant to 28 U.S.C. § 1915A(b) based on the plaintiff's failure to state a claim upon which relief may be granted and for seeking monetary relief against a defendant immune from such relief. (Doc. 17). Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the complete record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court **DISMISSES** this action **WITHOUT PREJUDICE** for failing to state a

claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief.

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this July 10, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE